N

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2023 APR 26  AM 9:35

DEPUTY CLERK___MS_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICTORIA ACUFF, on behalf of herself and all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO.: 3:23-CV-00764-N |
| | § § | |
| REGAL CAPITAL GROUP, LLC, | § § § | |
| Defendant. | § § | |

## RETURN OF SERVICE

Came to my hand on **Saturday, April 15, 2023 at 8:27 AM**,
Executed at: **1095 SUGAR VIEW DRIVE, SUITE 500, SHERIDAN, WY 82801**
at **1:08 PM**, on **Tuesday, April 18, 2023**, by delivering to the within named:

**REGAL CAPITAL GROUP, LLC**

Care of its **Registered Agent, CLOUD PEAK LAW LLC**
by personally delivering to **Authorized Employee, VALERIE**
a true copy of this

**SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, CIVIL COVER SHEET
and NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED
STATES MAGISTRATE JUDGE**

**BEFORE ME**, the undersigned authority, on this day personally appeared **DUSTIN LOOPER** who after being duly sworn on oath states: "My name is **DUSTIN LOOPER**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Wyoming. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
**DUSTIN LOOPER**- Process Server of Wyoming

Subscribed and Sworn to by DUSTIN LOOPER, Before Me, the undersigned authority, on this
___ day of April, 2023.

MANDY GALLOWAY     NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID# 156068
MY COMMISSION EXPIRES:  JANUARY 13, 2026

_____
Notary Public in and for the State of Wyoming

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Victoria Acuff | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:23-cv-00764-N |
| | ) |
| Regal Capital Group LLC | ) |
| *Defendant* | ) |

## Summons in a Civil Action

TO: Regal Capital Group LLC

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

   Blake Mattingly
   8140 Walnut Hill Ln.
   Suite 250
   Dallas , TX 75231

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

DATE: 04/11/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00764-N

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: